UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SAKEENA BARRETT**, individually, and on behalf of others similarly situated, | Case No. 1:17-cv-09088 |
| Plaintiff, | Honorable Mary M. Rowland |
| vs. | |
| **NORTHSHORE UNIVERSITY HEALTHSYSTEM**, | |
| Defendant. | |

### PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFYING CLASS FOR PURPOSE OF SETTLEMENT, DIRECTING NOTICE TO THE CLASS, AND SCHEDULING FAIRNESS HEARING

Plaintiff respectfully moves this Honorable Court pursuant to Fed. R. Civ. P. 23 for an Order granting this Unopposed Motion for Preliminary Approval of Proposed class action settlement; class notice; opt-out form; incentive awards for class representatives; attorneys' fees and litigation expenses. This motion is based on all the files, records, and proceedings herein, and is supported by the attached brief in support and exhibits thereto.

Dated: February 6, 2020          Respectfully submitted,

                                 *s/ Charles R. Ash, IV*
                                 Matthew L. Turner (*Admitted*)
                                 MI Bar No. P48706
                                 Charles R. Ash, IV *(Admitted)*
                                 MI Bar No. P73877
                                 **SOMMERS SCHWARTZ, P.C.**
                                 One Towne Square, Suite 1700
                                 Southfield, Michigan 48076
                                 248-355-0300
                                 mturner@sommerspc.com
                                 crash@sommerspc.com

Jason T. Brown (*Admitted*)
IL Bar No.: 6318697
Nicholas Conlon *(Admitted Pro Hac Vice)*
**BROWN, LLC**
500 N. Michigan Ave., Suite 600
Chicago, Illinois 60611 Phone: (877) 561-0000
Fax: (855) 582-5297
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on February 6, 2020, I electronically filed the forgoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

> */s/ Charles R. Ash, IV*
> Charles R. Ash, IV
> crash@sommerspc.com