**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
Eastern Division**

Sakeena Barrett

                                             Plaintiff,

v.                                                                        Case No.: 1:17−cv−09088
                                                                       Honorable Mary M. Rowland

Northshore University HealthSystem

                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 27, 2020:

      MINUTE entry before the Honorable Mary M. Rowland: Hearing held on Plaintiff's unopposed motion for preliminary approval of class action settlement, certifying class for purpose of settlement, directing notice to class, and scheduling fairness hearing [62]. For the reasons stated on the record, Plaintiff's unopposed motion is granted. Plaintiff to send proposed order to the Court's proposed order box, Proposed_Order_Rowland@ilnd.uscourts.gov by close of business today. Order to follow. Fairness hearing set for 5/28/20 at 10:00 AM in Courtroom 1225. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.